UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

VICTOR LOPEZ,
*and on behalf of all other persons similarly situated*

          **Plaintiffs,**

  -against-

OLIVE GARDEN HOLDINGS, LLC,

          **Defendant.**

------------------------------------------------------------------- x

19-CV-9909 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the Parties' letters regarding Defendant's anticipated motion to dismiss. ECF Nos. 9-10. The Court encourages the Parties to engage in settlement discussions in this matter. The Parties are hereby **ORDERED** to submit a Joint Status Report indicating the status of such settlement discussions by **February 14, 2020**. If this matter is not resolved by that date, then the Parties should also propose a briefing schedule for Defendants' motion to dismiss in the Joint Status Report.

**SO ORDERED.**

**Dated:**  January 24, 2020
     New York, New York

           _____
           ANDREW L. CARTER, JR.
           United States District Judge